# CASE ANNOUNCEMENTS
*January 31, 2014*

[Cite as *01/31/2014 Case Announcements*, 2014-Ohio-309.]

## MOTION AND PROCEDURAL RULINGS

**2013–0761.   Renfrow v. Norfolk S. Ry. Co.**

Cuyahoga App. No. 98715, 2013-Ohio-1189. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the motion for admission pro hac vice of Ira L. Podheiser, it is ordered by the court that the motion is denied for failure to comply with Gov.Bar R. XII(2)(A)(6)(e). Within ten days of the date of this entry, counsel may file a renewed motion for pro hac vice admission that complies with all the requirements of Gov.Bar R. XII(2)(A)(6).

**2013–1088.   Lincoln Elec. Co. v. Travelers Cas. & Sur. Co.**

Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 1:11CV2253. This cause is pending before the court on the certification of a state-law question from the United States District Court for the Northern District of Ohio, Eastern Division.

Upon consideration of the motions for admission pro hac vice of Charles E. Spevacek, William M. Hart, and Bryce L. Friedman, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

# CASE ANNOUNCEMENTS
*February 3, 2014*

[Cite as *02/03/2014 Case Announcements*, 2014-Ohio-344.]

## MISCELLANEOUS DISMISSALS

**2012–0998.   State ex rel. Indus. Energy Sys. v. Indus. Comm.**

Franklin App. No. 10AP–876, 2012-Ohio-1961. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.